AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED

2004 JUN 30 A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL ACTION**

Best Doctors, Inc.
V.
Donald Webster and
Multimedia Consultants, Inc.

CASE NUMBER:

**04 11330 RCL**

TO: (Name and address of Defendant)

Mr. Donald Webster
173 Kingsley Road
Burnt Hills, NY  12027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

United States District Court

District of Massachusetts

Sheriff File Number – 04001264

| | |
|---|---|
| Best Doctors, Inc.<br><br>vs.<br><br>DONALD WEBSTER | |

## Affidavit of Service

Summons, Civil Cover Sheet & Complaint

State of New York - County of Saratoga    SS:

I, Deputy Sheriff Mark S Whitcher, Badge # 47 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 6/21/04 at 07:43 am, at 173 Kingsley Road Burnt Hills, NY 12027 deponent served the within Summons, Civil Cover Sheet & Complaint on DONALD WEBSTER, the defendant named therein, in the following manner.

### PERSONAL SERVICE

By delivering to and leaving with DONALD WEBSTER personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

### NON-MILITARY

At the time of service DONALD WEBSTER was asked if he was in the Military Service of the U.S. Government and DONALD WEBSTER replied he is not.

### DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Male Height: 5' 7" Weight: 250 Age: 61.

### SERVICE ATTEMPTS

This is the first attempt at service