UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BEST DOCTORS, INC.**

**V.**                                                         **CIVIL ACTION NO. 04-11330-RCL**

**DONALD WEBSTER, ET AL**

### NOTICE OF DEFAULT

For failure of the defendants, **Donald Webster and Multimedia Consultants, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 29th day of September, 2004.

TONY ANASTAS, CLERK

By: /s/ Lisa M. Hourihan
September 29, 2004                                             Deputy Clerk