```
FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____
```

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BEST DOCTORS, INC.

        Plaintiff,

 -against-

DONALD WEBSTER and
MULTI MEDIA CONSULTANTS, INC.,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:

MOTION FOR ADMISSION
PRO HAC VICE

04-11330 (RCL)

---

  MICHAEL D. ASSAF, ESQ., affirms as follows under the pains and penalties of perjury; to wit:

  1. I reside at 21 Robin Lane, Rensselaer, New York and my office address is 54 State Street, Albany, New York.

  2. I was admitted to practice in the courts of the Commonwealth of Massachusetts on December 15, 1986 and I was admitted to practice in the State of New York in 1987, by the Supreme Court, Appellate Division, Third Department and I am a member in good standing. (See Certificate of Good Standing, attached hereto as Exhibit "A".)

  3. I graduated from Boston University School of Law in June, 1986, after having completed the required courses of study.

  4. I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. I have read and am familiar with each of the following: The provisions of the Judicial Code (Title 28, U.S.C.) which pertain to the jurisdiction of, and practice in, United States District Court; The Rules of Civil Procedure for the District Courts; The Rules of Criminal Procedure for the District Courts; The Federal Rules of Evidence for the U.S. Courts and Magistrates; and The Rules of the United States District Court for the District of Massachusetts.

6. I have read the Rules of Professional Conduct of the American Bar Association, and will faithfully adhere thereto.

WHEREFORE, it is respectfully requested that this Court Order that Michael D. Assaf, be admitted *pro hac vice* to practice before this Court in the above captioned matter.

Dated: October 19, 2004

O'CONNELL AND ARONOWITZ

By: _____
Michael D. Assaf, Esq.
Bar Roll No. 547955
Attorneys for Defendants
54 State Street
Albany, New York 12207
518-462-5601

G:\DATA\ATTORNEY\MDA\WEBSTER\MASS ACTION\MTPRO HAC VICE-LH.DOC

Case 1:04-cv-11330-RCL    Document 6    Filed 10/22/2004    Page 3 of 4

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the fifteenth day of December A.D. 1986, said Court being the highest Court of Record in said Commonwealth:

## Michael D. Assaf

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-eighth day of September in the year of our Lord two thousand and four.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116