UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BEST DOCTORS, INC.

       Plaintiff,

 -against-

DONALD WEBSTER and
MULTI MEDIA CONSULTANTS, INC.,

       Defendants.

MOTION TO OPEN DEFAULT

Case No. 04-11330 (RCL)

---

  MICHAEL D. ASSAF, ESQ., affirms as follows under the pains and penalties of perjury; to wit:

  1. I am counsel for the Defendants in the above-captioned action and, as such, I am fully familiar with the facts and circumstances to which I testify herein.

  2. I make this motion in support of Defendants' application to open the default in the above-captioned action to be allowed to interpose an answer to the complaint therein.

  3. I was retained by Mr. Webster to represent both of the Defendants herein on August 13, 2004. Subsequently I spoke with counsel for the Plaintiff and obtained an extension to file the answer in this action until September 24, 2004.

  4. I subsequently learned that as a result of the re-registration process conducted by this Court in 2003 (of which I did not receive notice since my practice is based in New York and I only

occasionally practice in Massachusetts). As a result of this process, I am apparently <u>not</u> registered to practice before the Bar of the Federal Court in Massachusetts, even though I have practiced in this Court for years, previously, and in Federal Bankruptcy Court in Massachusetts without a problem until now.

5. All of this came to light when I attempted to apply for the ECF filing system in Massachusetts and was told I could not because I was not admitted to practice before the District of Massachusetts Court.

6. At the moment, I am filing a motion to be admitted *pro hac vice* until I can straighten this matter out.

7. Additionally, we were told by the Clerk that we could not file the Answer in this case other than electronically, although I have subsequently learned that this District has not yet gone to mandatory electronic filing as they have in the Northern District of New York.

8. Prior to the expiration of the extension given to me by counsel for the Plaintiffs, we served upon counsel the Answer we intended to file with the Court. An affidavit of service with respect to that Answer is attached hereto as Exhibit "A".

9. Subsequently, we learned that the Clerk of the Court noticed a default against the Defendants for filing to timely answer.

10. Defendant has a meritorious defense in that he simply has not done what Plaintiff claims he has done as a factual matter, and there is no individual liability in any case for Mr. Webster, the individual Defendant, as the allegations of infringement, if proven true, can only be proven against the corporate defendant.

WHEREFORE, and for all the reasons set forth herein, I respectfully request that this Court reopen the default issued by the Clerk of the Court in this case and allow Defendants the opportunity to answer the complaint herein.

Dated: October 19, 2004

O'CONNELL AND ARONOWITZ

By: _____
Michael D. Assaf, Esq.
Bar Roll No. 547955
Attorneys for Defendants
54 State Street
Albany, New York 12207
518-462-5601

G:\DATA\ATTORNEY\MDA\WEBSTER\MASS ACTION\MOTION - TO REOPEN.TM.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BEST DOCTORS, INC.,

               Plaintiff,

-against-

DONALD WEBSTER and MULTI MEDIA
CONSULTANTS, INC.,

               Defendants.

**AFFIDAVIT OF SERVICE**
Case No. 04-11330 (RCL)

---

STATE OF NEW YORK    )
COUNTY OF ALBANY     ) ss.:

     TRACY A. MABB, being duly sworn, deposes and says: I am not a party to the within action and I am over 18 years of age. On September 24, 2004, I served Defendant's Answer in the following manner:

( )    by delivering the same personally to the persons and at the addresses indicated below:

(X)    by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

( )    by sending the same in a sealed FedEx letter packaging envelope with Federal Express Package Service fees prepaid thereon, via USA Federal Express, addressed to the last known address of the addressee as indicated below:

(X )    by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To:    Sean Ploen, Esq.
       Boston Law Group, LLP
       20 Park Plaza, Suite 637
       Boston, Massachusetts 02116

                                                  _____
                                                  TRACY A. MABB

Sworn to before me this
24th day of September, 2004.

_____
Notary Public, State of New York

EDITH COCHETTI
Notary Public, State of New York
No. 01CO5037229
Qualified in Albany County
Commission Expires Dec. 19, 2006

G:\DATA\ATTORNEY\MDA\WEBSTER\MASS ACTION\AFF