IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED OFFICE
2005 MAR -8   P 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS

BEST DOCTORS, INC.,

                Plaintiff

v.      :      CIVIL ACTION NO. 04-11330 RCL

DONALD WEBSTER and
MULTIMEDIA CONSULTANTS, INC.,

                Defendants

## STIPULATED ORDER OF SETTLEMENT

WHEREAS Plaintiff Best Doctors, Inc. ("Best Doctors" or "Plaintiff") has alleged and Defendants Donald Webster ("Webster") and Multimedia Consultants, Inc. ("Multimedia") (collectively, "Defendants") admit that Defendants have infringed Plaintiff's rights in its protected trademark BEST DOCTORS, and,

WHEREAS the parties have entered into a settlement agreement (the "Settlement Agreement") to resolve this dispute; and have further agreed to the terms of this Order as part of the Settlement Agreement;

IT IS HEREBY ORDERED as follows:

1.    Defendants, and their partners, managers, employees, subsidiaries, predecessors, successors, affiliates, assigns and agents:

    (a)    shall forever cease and desist from all use of Plaintiff's trademark BEST DOCTORS, as well as any confusingly similar trademark, including but not limited to such use in the context of printed directories of doctors, physician-referral services, and physician-locator services;

(b) shall forever cease and desist from selling, offering for sale, licensing, manufacturing and/or distributing any goods displaying Plaintiff's protected BEST DOCTORS mark or any confusingly similar trademark, and from offering or providing any sort of service(s) in association with Plaintiff's protected mark or any similar mark;

(c) shall forever cease and desist from otherwise using Plaintiff's mark or any similar marks, including any trademark incorporating the term BEST DOCTORS as part of the trademark; and

(d) shall forever cease and desist from engaging in any industry or activity related to Plaintiff's line of business; and

(e) shall, within seven (7) days of the date this Order is executed, destroy or return to Plaintiff any existing materials bearing Plaintiff's mark or any similar marks.

2. Any violation of this Order by Defendants shall be considered an act of contempt of this Court.

3. This case is hereby dismissed with prejudice and without costs, all matters in controversy having been fully settled, compromised and adjourned. This Court shall retain jurisdiction as necessary to enforce the terms of this Order and also to enforce the terms of the Settlement Agreement being executed in connection with this Order.

| | |
|---|---|
| _____ | _____ |
| Sean Ploen, Esq. | Michael D. Assaf, Esq. |
| Boston Law Group, LLP | O'Connell and Aronowitz |
| 20 Park Plaza, Suite 637 | 54 State Street |
| Boston, MA 02116 | Albany, NY 12207-2501 |
| Phone: (617) 426-6800 | Phone: (518) 462-5601 |
| Fax: (617) 426-6802 | Fax: (518) 462-2670 |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| January 30, 2005 | January 20, 2005 |

SO ORDERED this __ day of _____, 2005.

_____

The Honorable _____